**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | | |
|---|---|---|
| MARCUS TREMAYNE ANTHONY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14CV94 CDP |
| | ) | |
| NORTHEAST CORRECTIONAL CENTER, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for appointment of counsel. [ECF No. 7]. By Memorandum and Order entered on November 4, 2014, the Court denied plaintiff's previous request for appointment of counsel. [ECF No. 6]. Plaintiff signed the instant motion on November 3, 2014.

Accordingly, for the reasons stated in the Court's November 4, 2014 Memorandum and Order,

**IT IS HEREBY ORDERED** that plaintiff's request for the appointment of counsel is **DENIED**.

Dated this 12th day of November, 2014.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE